IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **NATHANIAL DORSEY,**<br>      *Plaintiff*,<br><br>v.<br><br>**STAR ENERGY LOGISTICS LLC,**<br>      *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§   **MO:23-CV-00114-DC** |

### FINAL JUDGMENT

In accordance with the Court's Order (Doc. 18), default judgment on Plaintiff's unpaid minimum wage claim is entered against Defendant Star Energy Logistics LLC. Because nothing remains in the case to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that that Plaintiff be awarded **$714.13** in unpaid minimum wages and **$714.13** in liquidated damages.

It is also **ORDERED** that Plaintiff be awarded **$2,900** in attorney fees and **$402** in costs.

It is also **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 7th day of December, 2023.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE